KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABID ALI and HUMA ALI, | ) ) No. C 06-3398 PVT |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, California Service Center, USCIS; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) ) **STIPULATION TO EXTEND DATES;** ) **and [PROPOSED] ORDER** ) ) ) ) ) ) ) |
| Defendants. | ) ) |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiffs filed this action on or about May 24, 2006, and Defendants' Answer is currently due on July 25, 2006.

    2. Pursuant to this Court's May 24, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 22, 2006, and attend a case management conference on August 29, 2006.

Stip to Ext Time
C 06-3398 PVT

3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendant's Answer: | August 24, 2006 |
| Last day to file Joint ADR Certification: | September 12, 2006 |
| Last day to file/serve Joint Case Management Statement: | September 26, 2006 |
| Case Management Conference: | October 3, 2006 at 2:00 p.m. |

Dated: July 24, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 24, 2006

_____/s/_____
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/31/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stip to Ext Time
C 06-3398 PVT